IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| ROGER D. DEASON, | |
|---|---|
| Plaintiff, | **8:18CV54** |
| v. | |
| UNION PACIFIC RAILROAD COMPANY, | **ORDER** |
| Defendant. | |

The parties filed a Stipulation of Dismissal With Prejudice (Filing No. 20). Accordingly,

IT IS ORDERED that this action is dismissed, with prejudice, with each party to bear their own costs.

Dated this 11th day of June, 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge